**UNITED STATES COURT OF APPEALS  
FOR THE  
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November, two thousand fourteen,

_____

| | |
|---|---|
| Starbucks Corporation, | **ORDER** |
| | Docket No. 14-2444 |
| Petitioner-Cross-Respondent, | |
| v. | |
| National Labor Relations Board, | |
| Respondent-Cross-Petitioner. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".


For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

